UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARET ARSENAULT,

    Plaintiff,

    v.

MCI WORLDCOM NETWORK SERVICES, INC,

    Defendant.

NO. CIV. S-00-1377 LKK/JFM

O R D E R

On July 30, 2002, defendant Worldcom Inc. notified this court that it would be filing a voluntary petition and imposition of automatic stay of the above-captioned matter pending its filing of bankruptcy proceedings. Accordingly, the Clerk is directed to administratively close this matter. Defendants are ordered to notify the court upon the conclusion of the bankruptcy proceedings.

    IT IS SO ORDERED.

    DATED: September 29, 2005.

/s/Lawrence K. Karlton  
LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT